# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,               CASE NO. 14-20094
                                        HON. DENISE PAGE HOOD

v.

CHRISTIAN MICHAEL MATTHEWS,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION
## TO REVOKE ORDER OF PRETRIAL DETENTION [#43]

On March 7, 2016, Defendant Christian Michael Matthews filed a Motion to Revoke Order of Pretrial Detention. The Government filed a response, and the Court held a hearing on Defendant's Motion on March 18, 2016. For the reasons stated on the record at the hearing on March 18, 2016, the Court concludes that Defendant has not satisfied his burden under 18 U.S.C. § 3143(a)(2). In addition, even if the Court were to find that 18 U.S.C. § 3142(e)(3) constituted the applicable standard for this matter, the Court would deny Defendant's Motion because there is no condition or combination of conditions that will assure the safety of the community.

Accordingly, Defendant Christian Michael Matthew's Motion to Revoke Order of Pretrial Detention [#43] is DENIED.

IT IS ORDERED.

S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated: March 23, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 23, 2016, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager